*Amended Complaint* 1:13-CV-1106A

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

UNITED STATES DISTRICT COURT
FILED
JUN 30 2014
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

## 1. CAPTION OF ACTION

**A.    Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Brian Smith 61750-019

2.

-VS-

**B.    Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. William J. Hochul      4. Melissa Colley

2. Maria K. Odonnell      5. Cleophus J. Werks

3. Unknown Willoughby Hills officer      6. Brendon M. Donlon

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Brian Smith 61750-019

Present Place of Confinement & Address: North East Correctional Facility, 2240 Hubbard Road Youngstown Ohio, 44505

Name and Prisoner Number of Plaintiff:

Present Place of Confinement & Address:

Defendants

Sam Davis
Brandon Portis
Frank Lotempio        3:1
Walter Hrnigan
Theresea Davis
Joseph Busch
Myra Busch
Lisa Krollman

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: _William J. Hochul_

(If applicable) Official Position of Defendant: _U.S. attorney of Western District NY_

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: _138 Delaware Ave Buffalo, New York 14202_

Name of Defendant: _Maura K Odonnell_

(If applicable) Official Position of Defendant: _asst U.S. attorney of Western District NY_

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: _138 Delaware Ave Buffalo, New York 14202_

Name of Defendant: _Brendan M. Donlan_

(If applicable) Official Position of Defendant: _FBI agent_

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: _138 Delaware Ave Buffalo, New York 14202_

---

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.** Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes _X_  No ____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _Brian Smith_

   Defendant(s): _William Hochul et al_

2. Court (if federal court, name the district; if state court, name the county): _US District Court, Northern District of Ohio_

3. Docket or Index Number: _4:14-cv-00162-BYP_

4. Name of Judge to whom case was assigned: _Benita Y Pearson_

continued

Frank Lotempio 3rd
attorney
Sued individually and official capacity
201 Franklin Buffalo, N.Y. 14202

Walter Hennigan
Fire fighter
Sued individually and official capacity
Fire Dept, City Hall 2 Niagara Buffalo, N.Y. 14202

Theresa Davis
fire woman
sued individually and official capacity
Fire Dept, City Hall 2 Niagara Buffalo, N.Y. 14202

Joseph Burch
27 Sand hollow Road Getosville N.Y.

Myra Burch
27 Sand hollow Road Getosville N.Y.

Lisa Krollman
Bank Manager
Sued in official capacity
Citizens Bank Tops Supermarket Elmwood Ave Bflo. N.Y.

Defendant's Information

Melissa Colley
United States Probation Officer
Sued individually and official capacity
United States Court House 2 Niagara Square Buffalo, New York
14202


Cleophus J. Weeks
United States Probation officer supervisor
Sued individually and official capacity
United States Court House 2 Niagara Square Buffalo, New York
14202


Unknown Willoughby Hills Police officer
Willoughby Hills Police officer
Sued individually and official capacity
Willoughby Hills Police Department, Willoughby Hills, Ohio


Sam Davis
Attorney
Sued individually and official capacity
301 Main Street Buffalo, N.Y. 14202


Brandon Parks
Attorney
Sued individually and official capacity
2 South Niagara, Family Courthouse Buffalo, N.Y. 14202

5.      The approximate date the action was filed: _____ 1/15/14 _____

6.      What was the disposition of the case?

          Is it still pending?  Yes __X__  No __~~No~~__

              If not, give the approximate date it was resolved. _____

        Disposition (check the statements which apply):

      ____ Dismissed (check the box which indicates why it was dismissed):

            ____   By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

            ____   By court for failure to exhaust administrative remedies;

            ____   By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

            ____   By court due to your voluntary withdrawal of claim;

      ____ Judgment upon motion or after trial entered for

          ____ plaintiff

          ____ defendant.

**B.**      Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

          Yes_____  No _X_

<u>If Yes, complete the next section</u>.  NOTE:  *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.      Name(s) of the parties to this other lawsuit:

          Plaintiff(s):_____

          _____

          Defendant(s):_____

          _____

2.      District Court:_____

3.      Docket Number:_____

4.      Name of District or Magistrate Judge to whom case was assigned:_____

      _____

5.      The approximate date the action was filed:_____

6.      What was the disposition of the case?

          Is it still pending?  Yes_____  No_____

              If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply):

\_\_\_\_ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    \_\_\_\_ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    \_\_\_\_ By court for failure to exhaust administrative remedies;

    \_\_\_\_ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    \_\_\_\_ By court due to your voluntary withdrawal of claim;

\_\_\_\_ <u>Judgment</u> upon motion or after trial entered for

    \_\_\_\_ plaintiff

    \_\_\_\_ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| • Religion | • Access to the Courts | • Search & Seizure |
| • Free Speech | • False Arrest | • Malicious Prosecution |
| • Due Process | • Excessive Force | • Denial of Medical Treatment |
| • Equal Protection | • Failure to Protect | • Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) _September 30, 2011_

defendant (give the **name and position held** of **each defendant** involved in this incident) _Unknown_ _Willoughby Hills Police Officer_

did the following to me (briefly state what each defendant named above did): _The defendant allegedly pulled the plaintiff over, for a traffic violation improper lane change the plaintiff disagrees Defendant ask for license and registration plaintiff provided valid credentials, Defendant suggested the windows were "rolled up and the odor was very strong." It was raining outside 9/30/11. Defendant detains the plaintiff in the rear of the police cruiser, searches the owners car without permission or a warrant, calls a K-9 unit to search the car, detains the defendant until the officer is able to verify my destination._

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _4th 5th 6th 8th 14th amendment violations, as well as 42 U.S.C. 1985; due process, equal protection, search seize_

The relief I am seeking for this claim is (briefly state the relief sought): _One million dollars compensatory and punitive damages_

<u>**Exhaustion of Your Administrative Remedies for this Claim:**</u>

Did you grieve or appeal this claim?  _X_ Yes _____ No   If yes, what was the result? _Nothing_

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _I contacted the Captain of the Police Dept. He made a note of the incident_

**A. SECOND CLAIM:** On (date of the incident) _March 2, 2012_

defendant (give the **name and position held** of **each defendant** involved in this incident) _Melissa L. Coley U.S. Probation Officer, Cleophus J. Weeks Supervising U.S. Probation Officer_

First Claim (continued)

After searching the car, the defendant had dispatch confirm the plaintiff was purchasing a car. After this long grueling process The plaintiff was issued a ticket for improper lane changes and released from detention

did the following to me (briefly state what each defendant named above did): On 3/2/12 and 2/21/12 with false information, Melissa Colley petitioned the court for both a summons and a warrant. The supervising officer reviewed and approved the false allegations. Melissa Colley signed under penalty of perjury that the allegations in the petition were true and correct when in fact she knew they were false. As a result of the probation officers perjury the plaintiff was detained

The constitutional basis for this claim under 42 U.S.C. § 1983 is: due process, equal protection, perjury 14th and 8th amendment violations

The relief I am seeking for this claim is (briefly state the relief sought): access to entire probation file and one million dollars compensatory and punitive damages

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? __X__ Yes _____ No   If yes, what was the result? I was told to contact my attorney by the head of probation

Did you appeal that decision? _____ Yes __X__ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I'm looking for atleast one million dollars per claim in some instances more.

Do you want a jury trial? Yes __X__ No____

6

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _____6/20/14_____

                                  (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

_____

_____

                      Signature(s) of Plaintiff(s)

7

Third Claim

March 5, 2012
   Frank Lotempio 3rd was a retained attorney
for the plaintiff.
      While incarcerated on a probation violation, the
plaintiff was a target on an FBI agent along with
another target Brandon Portis. Lotempio became aware
on the investigation, did not inform the plaintiff. Lotempio
also shared privileged information with Brandon Portis. Whom
ultimately provided false testimony to the grand jury against
the plaintiff. The U.S. attoinry's office became aware
of the scheme and made Lotempio no longer represent
the plaintiff. Lotempio was specifically told not discuss, my case
with Portis
The constitutional basis for this claim under 42 U.S.C
1983 is 5th 6th 8th 14th amendment violations. right to
In addition legal malpractice exists                      Counsel
             a) contract for professional services
             b) reliance by the plaintiff
             c) failure to exercise professional skill
             d) damage caused by that failure

   The relief I am seeking for this claim: Compensatory
and punitive damages One million dollars

(13)

Fourth Claim

March 23, 2012

Sam Davis, Esq. was a retained attorney for
the plaintiff, while incarcerated, (for.) Mr. Davis was
retained to facilitate both civil and criminal matters.
Mr. Davis ultimately shared privilege information with
Branden Portis Esq, the FBI, and the U.S. attorney's
office. On November 6, 2013 Mr. Davis voluntarily
appeared before a grand jury to discuss privilege discussions
between myself and the defendant. Mr. Davis was told not
to discuss matters with Portis

The constitutional basis for this claim under 42.
U.S.C. 1983 5th, 6th, 8th 14th amendment violations
In addition legal malpractice exists, equal protection, right to counsel

The relief I am seeking for this claim: Compensatory
and punitive damages, one million dollars

Fifth Claim

March 1st, 2012

The Plaintiff met defendant Brandon Poitis Esq for dinner to discuss contracts that the plaintiff wanted with respect to certain business matters. The defendant was confident he would be able to draft the contracts if not he indicated he would enlist the help of another attorney Peter haberdie. During the dinner the defendant also indicated he was having financial difficulties with his business. He indicated he was required to come up with nine thousand dollars, as a result of a joint venture with his employer. The plaintiff offered to loan the defendant the money. The defendant was still in need of the funds after. The plaintiff was arrested for probation violations. The plaintiff provided the defendant the money he needed for his paint company, in addition the plaintiff provided the money he needed for retaining another attorney to assist the defendant, with the contracts he was preparing for the plaintiff. The defendant became a target of the U.S. attorneys office. Cooperated with the FBI, from March 27, 2012 until Nov 6, 2013 in which he provided false testimony to the grand jury

The constitutional basis for this claim under 42 U.S.C 1983 is 5th, 6th, 8th, 14th amendment amendment violations, In addition legal malpractice exists.

the defendant also participates into an extra-judicial conspiracy to deny the plaintiff a fair trial, due process and equal protection, right to counsel

The relief I'm seeking is three million dollars for compensatory and punitive damages.

Sixth Claim

March 28, 2012

Joseph Burch was a business partner of the plaintiff who became a target of a federal investigation. Mr. Burch provided false information to the FBI Mr. Burch continued to give false information regarding the investigation, he ultimately appear before a grand jury Nov 6 2013 and provided information which he knew was false. As a result of the false information the U.S. attorneys office issued an indictment against the plaintiff in November of 2013

The constitutional basis for this claim under 42 U.S.C. 1983 is 5th, 6th, 8th, 14th amendment violations, perjury to FBI, perjury to Grand jury, the defendant also participates into an extra-judicial conspiracy to deny the plaintiff a fair trial.

The relief I am seeking for this claim: Compensatory and punitive damages one million dollars.

Seventh Claim

On November 6, 2013. Walter Hennigan appeared before the grand jury to testified with respect to a house his business partner and fellow livewoman purchased. Mr. Hennigon provided false testimony to the grand jury. Mr. Hennigon misrepresented himself and the purchase to Mrs. Davis his business partner. As a result an indictment was pursued against the plaintiff, with counts charging the plaintiff as a result of Mr. Hennigans misrepresentations.

The constitutional basis for this claim under, 42 U.S.C. 1983 is 5th, 6th, 8th, 14th amendment violations, false statements to the FBI in both the Western District of New York and the Eastern District of MO., perjury to the grand jury, the defendant also participates into an extra-judicial conspiracy to deny the plaintiff a fair trial.

The relief I am seeking for this claim: Compensatory and punitive damages one million dollars

Eighth Claim

Theresa Davis, on November 6, 2013, stating that she was in a partnership with Walter Hennigan. To purchase multiple properties. She participated in the partnership because she trusted Mr. Hennigan. The properties that their partnership purchased didn't live up to her expectations. She ultimately, signed a number of mortgages, where her employment and assets were misrepresented. She blames the plaintiff for the mortgage closings and the misrepresentations on the plaintiff. She articulate this all in front of the grand jury. The houses the defendant speaks of were in Atlanta, GA and Birmingham, Alabama. It should be noted the plaintiff was not involved or aware of the transaction in Alabama. The plaintiff never forced Mrs. Davis to sign mortgage documents. Ultimately the plaintiff is charged with mortgage fraud. Plaintiff never had any discussion with Davis to the facts mentioned.

The constitutional basis for this claim on 42 U.S.C 1983, 5th, 14th amendment violations, an extra-judicial conspiracy to deny the plaintiff a fair trial. The four elements of negligence are present in the instant case.

a) a duty or obligation, recognized by the law, requiring the actor to conform to a certain standard of conduct for the protection of others against unreasonable risks

b) a failure on their part to conform to the standard required

c) a reasonable close causal connection between the conduct and the resulting injury



D. Actual loss or damage resulting to the interest of another

It should also be noted, since the properties were in Atlanta, GA. The court has jurisdiction in controversy exceeding 75,000. The two properties in question total over one million dollars.

The relief I am seeking for this claim is three million dollars compensatory and punitive damages.

Ninth Claim

Brendan M. Donlan FBI Agent for the Western District of New York

On April 18th 2012 appeared before Magistrate Scott with false information, in a affodavit for an application for a warrant.

On November 6, 2013 agent Donlan appeared before the grand jury presented false information.

Sometime after August 1, 2011 and before (August) March 2, 2012. Agent Donlan contacted the plaintiffs probation officer to assest her and violating the plaintiffs probation. Melissa Cooly the plaintiffs probation officer filed a false petition, she violated (116 23).

Brendan Donlan has participated in a conspiracy since March 28, 2012, when he received a statement from the target of an investigation, that contained a number of false statements, Thus preventing the plaintiff from getting a fair trial. Mr. Donlan allowed the false statements in the way out

Brendan Donlan allowed the false statements in front of the grand jury, furthering the conspiracy.

Brendan Donlan sometime after October 28, 2010 received information from the FBI, of St Louis Mo. In which the U.S. attorneys office in St Louis, indicated that the plaintiff was immune from said charges. Mr. Donlan proceeded to use the information for the current indictment. And ultimately represented to the U.S. attorney office, the said information was obtained independently.

The FBI from the Eastern District of Missouri, flew to Buffalo to interview the Walter Hennigan and Theresa Davis with respect to a wire fraud case in St. Louis During that interview information regarding mortgage fraud was discussed with both Hennigan and Davis. This interview took place in that last week of the month of February 2010. The Plaintiff was arrested in the first week of March of 2010. The plaintiff plead guilty to wire fraud an was sentenced to five years probation in October of 2012. The plaintiff discussed with the government U.S. attorney and FBI issues related to the mortgage. My attorney in St. Louis was able to provide both grand jury testimony and FBI reports (St. Louis). That FBI and U.S. attorney (Buffalo) had access too. They indicated they never reviewed such paperwork. They also allege they weren't privy to promises of immunity from St. Louis. The plaintiff asserts such information was used against him as well as other information, the government in St. Louis was aware of and charge him the plaintiff for the conduct in the Western District of New York

FBI agent Donlan has interviewed over seven witness whom have given him false statements and perjured themselves in the grand jury allowing an extra judicial conspiracy to occur and prevent the plaintiff from receiving a fair trial. One example of the false statements, Joseph Burich indicated he provided the plaintiff with his 2010 federal taxes, in the summer of 2010. The court well knows that taxes are prepared after the end of the year. In fact Joseph Burich taxes are

dated for March of 2011. These are a number of inconsistent statements throughout Joseph Buich's and other witness's grand jury testimony and statements that Mr. Donlan chooses not to verify.

Mr. Donlan has forwarded this information to the U.S. attorney, she has used the information in her responses to the plaintiffs pre-trial motions, that include suppression motions April 28, 2014

The constitutional basis for this claim under 42 U.S.C. 1983 is equal protection, due process, false arrest 14th, 5th amendment violations

The relief I'm seeking is one million dollars compensatory and punitive damages

(23)

Tenth Claim

February 1, 2010 until April 4, 2012
Lisa Krollman acting as Bank Manager for Citizens Bank
Ms. Krollman in her official capacity as bank manager
opened two business accounts for the plaintiff. Ms.
Krollman assured the plaintiff that he was in compliance
with all banking laws and Citizens Bank policies and regulations
On November 6, 2013 Ms. Krollman appeared before the
grand jury indicating that the plaintiff was not in compliance
with Federal law. The amounts exceed 75,000.00
    The constitutional basis for this claim, under 42 U.S.C.
1983 is Negligence, 14th 5th amendment violations.
    The relief I am seeking for this claim is five million
dollars compensatory and punitive damages

Eleventh Claim

March 2, 2012 until present day
William Hochul Jr. and Maura O'donell acting in there
official capacity, as U.S. attorney and ass. U.S. attorney
Have pursued charges against the defendant in such a
Malicious fashion the plaintiff is unable to recieve a
fair trial.

March 2, 2012 the U.S. attorney office pursors
probation violation charges, in which they are aware thats
theres racial profiling by the Willoughby Hills Police
Dept, see first claim, and theres prejury by the U.S.
Probation Dept
    June 7, 2012 the judge ( Arcara ) ask the
U.S. attorney if she knows that "standard" of conviction
of a probation violation, on record she indicates she
does not know. The plaintiff is detained in Federal Custody
and the Government doesnt know the standard on conviction
It appears in the transcript
    Sept 2012 the plaintiff takes a plea with respect
to a probation violation and is prepare to get sentenced in
September upon sentencing. The government provides Judge
Arcara with a criminal complaint. Not allowing the
plaintiff to get sentenced.
    April 27, 2014 Herbert Greenman Esq files pretrial
Motions on the plaintiffs behalf. The government Maura O'donell
in paticular provides false information to Honorable
Kenneth Schroeder with respect to warrant applications

false witness statements, prejury with respect to the grand jury, and breach of contract with respect to immunity out of the U.S. attorneys office in St. Louis.
Hochul and Odonnell have participated into an extra-judicial conspiracy to convict the plaintiff. The government's witness in many cases have perjured themselves, they include Brandon Fortis Esq, Theresa Davis, Walter Hunnison and Joseph Burch as well as Todd Maclin. The FBI and U.S. attorneys office have withheld excolpatory material from the plaintiff. The FBI and U.S. attorney have relied on evidence in which they know is untrue.
The constitutional basis for this claim under 42 U.S.C. 1983, is 4th, 5th, 6th, 8th, 14th amendment violations due process, equal protection, search seizure, right to counsel
The relief I am seeking for this claim is ten million dollars compensatory and punitive damages